AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTIN BALLARD,

Plaintiff,

v.

DETECTIVE MELVIN KESNER,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:21-cv-5

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated February 7, 2023, the Report and Recommendation of the Magistrate Judge as adopted as the opinion of this Court. Defendant's motion to dismiss is granted, and this case stands closed.

Approved by: _____

February 9, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk